UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ALVIN ROBINSON, )
and )
LINDA ROBINSON, )
  )
     Plaintiffs, )
  )
v. ) Civil Action No. 4:15cv40
  )
D. W. DAVIS, )
and )
CHRISTOPHER PARKER, )
  )
     Defendants. )

## DEFENDANT D. W. DAVIS'S MOTION FOR SUMMARY JUDGMENT

Defendant D. W. Davis, by counsel, moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment and in support thereof state as follows:

1. Plaintiffs' claims fail as a matter of law.

2. Davis is protected from liability by the doctrine of qualified immunity and equivalent Virginia state law doctrine.

3. There are no genuine issues of material fact that preclude entry of summary judgment.

WHEREFORE, Defendant respectfully moves the Court for entry of summary judgment in his favor and for such other relief as the Court may deem appropriate.

                                                 D. W. DAVIS

                                                 By: /s/Jim H. Guynn, Jr.
                                                 Jim H. Guynn, Jr., Esq. (VSB #22299)
                                                 Guynn & Waddell, P.C.

1

415 S. College Avenue
Salem, VA 24153
Phone: 540-387-2320
Fax: 540-389-2350
email: JimG@guynnwaddell.com
*Counsel for Defendant D. W. Davis*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of May, 2016, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Nicholas H. Hantzes, Esq.
Michael Hall, Esq.
Hantzes & Associates
1749 Old Meadow Road, Suite 308
McLean, VA 22102
nhantzes@hantzeslaw.com
mhall@hantzeslaw.com
*Counsel for Plaintiff*

Jerry M. Phillips, Esq.
Phillips, Beckwith, Hall & Chase
10513 Judicial Drive, Suite 100
Fairfax, VA 22030
jphillips@pbhclaw.com
*Counsel for Plaintiff*

Erin McNeill, Esq.
Commonwealth of Virginia
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
emcneill@oag.state.va.us
*Counsel for Defendant Christopher Parker*

/s/ Jim H. Guynn, Jr
Jim H. Guynn, Jr.
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Telephone: (540) 387-2320

2

Facsimile: (540) 389-2350  
Email: jimg@guynnwaddell.com  
Counsel for Defendant