IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Danville Division)

_____
                                                       )
**ALVIN ROBINSON**                      )
and                                               )
**LINDA ROBINSON**                    )
                                                 )
    **Plaintiffs,**                           )
                                                 )
v.                                                     )      Case No. 1:15cv1677
                                                 )
**SERGEANT D.W. DAVIS,**          )
and                                               )
**CHRISTOPHER PARKER**         )
                                                 )
    **Defendants.**                          )
_____ )

## **PARKER'S MOTION FOR SUMMARY JUDGMENT**

Defendant Christopher Parker, by counsel, moves for summary judgment pursuant to Fed. R. Civ. P 56 for the reasons stated in the Memorandum in Support filed concurrently with this motion.

                                                         Respectfully submitted,

                                                         Christopher Parker
                                                         by counsel

_____/s/_____
MARK R. HERRING
Attorney General of Virginia

RHODES RITENOUR
Deputy Attorney General

NICHOLAS SIMOPOULOS

1

Assistant Attorney General/Unit Head

ERIN R. MCNEILL (VSB # 78816)*
OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 692-0598
Fax: (804) 692-2087
Email: emcneill@oag.state.va.us
*Counsel of Record

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2015, I electronically filed the foregoing **Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Nicholas Hantzes
Virginia Bar Number 23967
Hantzes & Associates
1749 Old Meadow Road, Suite 308
McLean, Virginia 22102
Phone: (703) 378-5000 ext. 101
Fax: (703) 448-4434
Email: nhantzes@hantzeslaw.com
*Counsel for Alvin Robinson*

Jerry M. Phillips
Virginia Bar Number 9211
Phillips, Beckwith, Hall & Chase
10513 Judicial Drive, Suite 100
Fairfax, Virginia 22030
Phone: (703) 691-4100
Fax: (703) 385-2745
Email: jphillips@pbhclaw.com
*Counsel for Alvin Robinson*

Jim Guynn, Esq.
Virginia Bar Number 22299
Guynn & Dillon, PC
415 S. College Avenue
Salem, Virginia 24153
Office: (540) 387-2320
Fax: (540) 389-2350
Email: jim.guynn@gmdlawfirm.com
*Counsel for Davis*

2

Case 4:15-cv-00040-JLK-RSB   Document 27   Filed 05/13/16   Page 2 of 3   Pageid#: 499

/s/
ERIN R. MCNEILL
Virginia Bar Number 78816
Counsel for the Defendants
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 692-0598
Fax: (804) 692-2087
Email: emcneill@oag.state.va.us