IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Danville Division)

| | |
|---|---|
| ALVIN ROBINSON, <br> and <br> LINDA ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> D.W. DAVIS, <br> and <br> CHRISTOPHER PARKER, <br><br> Defendants. | Case No. 4:15cv40 |

## PLAINTIFFS' WITNESS LIST

Plaintiffs Alvin and Linda Robinson, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Initial Scheduling Order, files the following list of witness, which includes Plaintiffs' disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and (ii):

Alvin Robinson
Mr. Robinson can be reached through his counsel of record.

Mr. Robinson has knowledge of all the allegations of the Complaints, including but not limited to his interactions with Defendants Parker and Sergeant Davis both before, during, and after his arrest, his arrest, prosecution, and time spent incarcerated, the dismissal of his charges, and the damages he suffered as a result of his false arrest and malicious prosecution.

Linda Robinson
Ms. Robinson can be reached through her counsel of record.

Ms. Robinson has knowledge of all the allegations of the Complaints, including but not limited to her interactions with Defendants Parker and Sergeant Davis both before, during, and after her arrest, her arrest and prosecution, the dismissal of her charges, and the damages she suffered as a result of her false arrest and malicious prosecution.

Christopher Parker

Mr. Parker has knowledge of his interactions with Mr. and Ms. Robinson on the date of their arrest, the relationship between the coach of the women's basketball team and a player, his interaction with the police, including Sergeant D.W. Davis, the arrest and prosecution of Mr. and Ms. Robinson, and the dismissal of their charges.

Sergeant D.W. Davis

Sergeant Davis has knowledge of his interactions with Mr. and Ms. Robinson on the date of their arrest, his interaction with Mr. Parker and Ms. Watkins, the arrest and prosecution of Mr. and Ms. Robinson, and the dismissal of their charges.

Maya Robinson
Ms. Robinson can be reached through counsel of record for Alvin and Linda Robinson.

Ms. Robinson, the daughter of Alvin and Linda Robinson, has knowledge of all the allegations of the Complaints, including but not limited to the relationship between the women's basketball coach and a player, the circumstances related to her transfer out of the Patrick Henry program and related documentation, Mr. and Ms. Robinsons interactions with Defendants Parker and Sergeant Davis both before, during, and after their arrest, their arrests and prosecutions, the dismissal of their charges, and the damages they suffered as a result of her false arrest and malicious prosecution.

2

<u>Tiffany Watkins</u>
Assistant Coach
Guilford Technical Community College
601 E. Main Street
P.O. Box 390
Jamestown, NC 27282
(336) 334-4822

Ms. Watkins has knowledge of the interaction between Mr. and Ms. Robinson and Christopher Parker, her interaction with Mr. and Ms. Robinson, her interaction with the police, including Sergeant Davis, and the arrest and prosecution of Mr. and Ms. Robinson. Ms. Watkins' testimony may be presented by deposition.

<u>Brian Henderson</u>
Patrick Henry Community College
Athletic Office
645 Patriot Avenue
Martinsville, Virginia 24112
(276) 656-0313

Mr. Henderson has knowledge of his relationship with a player on the women's basketball team and Maya Robinson's time on the team. Plaintiffs may call Mr. Henderson if the need arises.

In addition, Plaintiffs reserve the right to call any witnesses identified in Defendant's witness list (without waiving any objections thereto), any witnesses identified in discovery, and any witnesses necessary or appropriate for rebuttal or impeachment.

3

Respectfully submitted,

                /s/
Nicholas Hantzes, VA Bar # 23967
1749 Old Meadow Road, Suite 308
McLean, Virginia 22102
Tel: (703) 378-5000
Fax: (703) 448-4436
nhantzes@hantzeslaw.com
*Counsel for Plaintiff*

Jerry Phillips, VSB # 9211
PHILLIPS, BECKWITH, HALL & CHASE
10513 Judicial Drive, Suite 100
Fairfax, Virginia 22030
(703) 691-4100
(703) 385-2745 (fax)
jphillips@pbhclaw.com

**CERTIFICATE OF SERVICE:**

I hereby certify that on this 31st day of May 2016, I electronically filed the foregoing Witness List with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Erin R. McNeill, VSB # 78816
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
(804) 692-0598
(804) 371-2087 (fax)
emcneill@oag.state.va.us

Jim Guynn, VSB # 22299
Guynn & Dillon, P.C.
415 S. College Avenue
Salem, VA 24153
(540) 387-2320
(540) 389-2350 (fax)
jim.guynn@gmdlawfirm.com

                /s/
Nicholas Hantzes

4