# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

## CIVIL MINUTES – JURY TRIAL
Day 2

| Case No.: 4:15CV00040 | Date: 6/29/16 |
|---|---|

| | |
|---|---|
| ALVIN ROBINSON,<br>Plaintiff, | Counsel: Jerry M. Phillips, Esq. &<br>Nicholas H. Hantzes, Esq. |
| v. | |
| CHRISTOPHER PARKER,<br>Defendant. | Counsel: Erin R. McNeill, Esq. & Robert<br>B. McEntee, III, Esq. |

PRESENT: JUDGE: Hon. Jackson L. Kiser
Deputy Clerk: Heather McDonald
Court Reporter: Judy Webb (9:33-11:30) and Carol Jacobs (2:06-5:09)

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. Dr. Christopher Jason Parker |
| | 2. Jeffrey Ronald Smith |
| | 3. Tiffany Watkins |
| | 4. Wayne O'Neil Withers, Jr., Asst. CA |

PROCEEDINGS:
- 7 jurors present.
- ☐ Preliminary remarks and instructions to jury by Court.
- ☐ Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.
- ☐ Opening Statements.
- ☐ Plaintiff presents/continues presentation of evidence. ☒ Plaintiff rests.
- ☒ Defendant Motion for Judgment as a Matter of Law.
  Court ☐ grants ☐ denies ☒ takes under advisement.
- ☒ Defendant presents evidence. ☒ Defendant rests.
- ☒ Plaintiff Motion in Limine (Document [63]).
  Court ☒ grants in part ☐ denies ☐ takes under advisement.
- ☒ Plaintiff Motion for Mistrial.
  Court ☐ grants ☒ denies ☐ takes under advisement.
- ☒ Defendant renews Motion for Judgment as a Matter of Law.
  Court ☐ grants ☐ denies ☒ takes under advisement.
- ☐ Rebuttal evidence. ☐ Surrebuttal evidence.
- ☐ Closing Arguments.

- ☐ Jury Instructions given to jury.
- ☐ Objections to Jury Instruction by plaintiff and/or defendant.
  Court ☐ overrules ☐ grants.
- ☐ Jury Verdict:
- ☐ Mistrial declared.
    - ☐ Jury polled.     ☐ Polling waived.
    - ☐ Mistrial declared     ☐ Jury discharged
- ☐ Motion after verdict:
- ☐ Deadlines set:

Additional Information:

TIME IN COURT: 9:33 – 10:36; 10:58 – 11:30; 2:06 – 2:26; 2:37 – 4:02; 4:25 – 5:09 = 4:04